IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
|     v. | ) | 2:19mc3855-MHT |
| | ) | (WO) |
| FAMILY DOLLAR STORES, Matthews, NC, | ) | |
| | ) | |
|     Garnishee, | ) | |
| | ) | |
| BOBBIE JEAN CHILSOM, | ) | |
| | ) | |
|     Defendant. | ) | |

DISPOSITION ORDER

A writ of continuing garnishment (doc. no. 2) has been issued and served upon garnishee Family Dollar Stores. Garnishee Family Dollar Stores answered the writ on July 25, 2019 (doc. no. 10).

Defendant Bobbie Jean Chilsom was notified of her right to a hearing and requested that 12 % of her disposable earnings be garnished instead of 25 %. The government filed a motion to reduce the wage withholding amount to 12 % (doc. no. 6), and the court entered an order granting that motion (doc. no. 7).

\*\*\*

Accordingly, it is ORDERED that:

(1) The motion for final entry of disposition order (doc. no. 8) is granted.

(2) Garnishee Family Dollar Stores shall withhold 12 % from defendant Bobbie Jean Chilsom's net pay and shall promptly remit the identified nonexempt funds every pay period to the Clerk of the Court, at One Church Street, Suite B-110, Montgomery, AL 36104.

(3) The clerk of court shall apply these funds to the restitution balance owed by defendant Chilsom in case 2:13-cr-00090-MHT-2 (M.D. Ala.).

(4) This garnishment order shall remain in effect until satisfaction of the debt owed to plaintiff United States of America, defendant Chilsom ceases employment with garnishee Family Dollar Stores (unless garnishee Family Dollar Stores reinstates or reemploys defendant Chilsom within 90 days after the defendant Chilsom's dismissal or resignation) or by an order of this court quashing the writ of continuing garnishment.

(5) Plaintiff United States of America shall promptly notify the court and garnishee Family Dollar Stores upon satisfaction of the debt.

This case is administratively closed.

DONE, this the 20th day of September, 2019.

                                 /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE